UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br>JOSE MANUEL RODRIGUEZ NARANJO,<br>          Defendant. | Case No. 20-cr-00460-BLF-2 (VKD)<br><br>**DETENTION ORDER** |

The United States moves for detention of defendant Jose Manuel Rodriguez Naranjo. The Court held a hearing on the motion on February 25, 2021. Dkt. No. 12. Mr. Rodriguez Naranjo appeared by video conference and was represented by counsel. Mr. Rodriguez Naranjo waived written findings, and the United States does not object to that waiver.

The Court has considered the United States' written motion, the parties' presentations and arguments at the hearing, and proffers of evidence, as well as the factual findings contained in the report Pretrial Services provided. The Court has considered the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record during the hearing, the Court concludes that there are no conditions or combination of conditions of release that would reasonably assure Mr. Rodriguez Naranjo's appearance and the safety of others and the community. Accordingly, the Court concludes that Mr. Rodriguez Naranjo should be detained pending further proceedings in this case.

Mr. Rodriguez Naranjo is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

Mr. Rodriguez Naranjo shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Rodriguez Naranjo to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: February 26, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge