Case 5:20-cr-00460-BLF   Document 90   Filed 05/28/24   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America <br> v. <br> Jose Manuel Rodriguez Naranjo | Case No: 5:20CR00460 <br> USM No: 29832-509 |
| Date of Original Judgment: 09/05/2023 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Jose Manuel Rodriguez Naranjo (Pro Se) <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/21/2024

*Judge's signature*

Beth Labson Freeman, U.S. District Judge
*Printed name and title*

Effective Date: May 28, 2024
*(if different from order date)*